UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TYQUAN DUPONT,

                Petitioner,

    -against-

UNITED STATES OF AMERICA,

                Respondent.

22-CV-10757 (LTS)

CIVIL JUDGMENT

For the reasons stated in the March 22, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    March 22, 2023
             New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge